IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


DANZIL PARTIN                              )
                                           )
v.                                         ) NO. 3:06-0057
                                           ) JUDGE CAMPBELL
DR. OSEQBUE, et al.                        )


ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 60), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motions to Dismiss (Docket No. 45 and 50) are DENIED. This case is set for trial by contemporaneous Order.

IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE