IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DENZIL PARTIN )
)
v. ) NO. 3:06-0057
) JUDGE CAMPBELL
DR. OSEQBUE, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 91) and Plaintiff's Objections thereto (Docket No. 93). The Court has reviewed the Report and Recommendation, Plaintiff's Objections and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 76) is DENIED, and Defendants' Motions for Summary Judgment (Docket Nos. 77, 81 and 87) are GRANTED. Judgment is entered for all Defendants, and Plaintiff's action is dismissed.

The pretrial conference set for February 11, 2008, and the trial set for February 19, 2008, are cancelled.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE